UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-62207-WPD

NICHOLAS PAGAN,

      Plaintiff,

vs.

SALSULSK LLC.

      Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within thirty (30) days of the filing of this Notice of Settlement.

    Dated this 16th day of January 2025.

Respectfully Submitted,

                                              */s/ Alberto R. Leal*.
                                              Alberto R. Leal, Esq., P.A.
                                              Florida Bar No.: 1002345
                                              E-Mail: albertolealesq@gmail.com
                                              8927 Hypoluxo Rd. #157
                                              Lake Worth, FL 33467
                                              Phone: 954-637-1868
                                              Attorney for Plaintiff